UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

BALTAZAR ROMAN and GUILLERMO PEREZ,
individual and on behalf of all others similarly situated,

                       Plaintiff

vs.

IPPOLITO'S PIZZA CORP. d/b/a PIAZZA PIZZA, and
JOHN FORTINI, and JOSEPH IPPOLITO, as individuals,

                       Defendants

-----------------------------------------------------------------X

**SUGGESTION OF BANKRUPTCY**

Index No. 21 cv. 00817 (MKB)(PK)

      **PLEASE TAKE NOTICE** that Defendants Ippolito Pizza Corp. (d/b/a Piazza Pizza), and Joseph Ippolito have filed for bankruptcy protection in the United States Bankruptcy Court for the Eastern District of New York, Index Nos. 21-42683 and 21-42688. Accordingly, pursuant to 11 U.S.C. §362 this action should be automatically stayed.

DATED:    October 22, 2021
               New York, New York

                                                  /s/ Joshua S. Androphy
                                                  LAWRENCE F. MORRISON
                                                  Attorney(s) for Defendants
                                                  Morrison Tenenbaum PLLC
                                                  87 Walker Street
                                                  Level 2nd Floor
                                                  New York, NY 10013
                                                  (212) 620-0938
                                                  jandrophy@m-t-law.com